## WOODRUFF *v.* WOODRUFF.

FISH, C. J.  This being an application for temporary alimony and counsel fees, brought pending a suit·for divorce instituted by the husband, on the grounds of desertion and cruel treatment, but no cruel treatment being shown on the part of the wife, and the evidence being directly conflicting as to whether the wife deserted the husband or he deserted her, this court can not say that the judge abused his discretion in grant- ing the temporary alimony and counsel fees, although the husband, on the hearing for temporary alimony, expressed a willingness and de- sire to have his wife return to and live with him,⸳ offering to treat her well.  As to the husband's offer to have his wife return, see *Nipper* v. *Nipper,* 129 *Ga.* 450 (59 S. E. 229).

*Judgment affirmed.  All the Justices concur.*

Argued May 20,—Decided October 13, 1908.

·Temporary alimony.  Before · Judge Ellis.  Fulton superior court.  January 14, 1908.

*Harvey Hill* and *J. B. Ridley,* for plaintiff in error.

*W. R. Hammond,* contra. ·